UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GEORGE S. RUSH, III, <br><br> Petitioner, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Respondent. | Case No. 08-cv-479-JPG |

## JUDGMENT

This matter having come before the Court, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that petitioner George S. Rush, III's **petition for a writ of *habeas corpus*/ motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255** is denied, that judgment is entered in favor of respondent **United States of America** and against petitioner George S. Rush, III, and that this case is dismissed with prejudice.

**DATED: March 25, 2009**           Justine Flanagan, Acting Clerk

                                    **s/Brenda K. Lowe, Deputy Clerk**


**Approved:**   s/ J. Phil Gilbert
              **J. PHIL GILBERT**
              **DISTRICT JUDGE**